Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUY THANH ALONZO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAYBOURNE HOTELS LIMITED, a United Kingdom private limited company; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO. 2:21-CV-07876-FLA-MRW<br><br>Honorable Judge Fernando L. Aenlle-Rocha<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: October 01, 2021<br>Trial Date: None |

1  Plaintiff, Thuy Thanh Alonzo ("Plaintiff") hereby notifies the Court that the
2  claims of Plaintiff have settled on an individual basis. A notice of dismissal with
3  prejudice of Plaintiff's individual claims and without prejudice of the claims of the
4  putative class in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i)
5  will be filed upon execution of a formal settlement agreement.

Dated: June 3, 2022                              Respectfully Submitted,

                                                 /s/ Thiago M. Coelho
                                                 Thiago M. Coelho
                                                 **WILSHIRE LAW FIRM**
                                                 *Attorneys for Plaintiff and*
                                                 *Proposed Class*

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 3, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: June 3, 2022        /s/ *Thiago M. Coelho*
                           Thiago M. Coelho